# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:11-cv-00733-JHN -CWx | Date | February 1, 2011 |
|---|---|---|---|
| Title | Abraam Karadanyan et al v. State Farm Mutual Automobile Insurance Company et al. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER TO SHOW CAUSE RE REMAND TO STATE COURT (In Chambers)

On January 25, 2011, this action was removed to this Court pursuant to 28 U.S.C. § 1441. However, the jurisdictional allegations appear to be defective. Removal is on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332, but the pleadings set forth Plaintiffs' residence, rather than their citizenship.

Additionally, the Court has identified a procedural defect in the removal. Because removal is on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332 and the case was <u>not</u> initially removable, the notice of removal was required to be filed within one year after the action was commenced in state court. 28 U.S.C. § 1446(b); *Harris v. Bankers Life & Cas. Co.*, 425 F.3d 689, 697 (9th Cir. 2005). Here, the underlying action was filed in state court on September 13, 2009. (Notice of Removal Ex. A.) However, the case was not removed until January 25, 2011.

Accordingly, the Court orders Defendant to show cause in writing no later than **February 7, 2011** why this action should not be remanded for the reasons noted above. This deadline shall <u>not</u> extend the time for responding to any motion for remand filed by Plaintiffs. Plaintiffs may submit a response in the same time period. If Plaintiffs seek remand based on a procedural defect, Plaintiffs **must** file a motion to remand **within 30 days** of the date of removal. *See* 28 U.S.C. § 1447(c). The parties are reminded that courtesy copies are to be delivered to Chambers. Failure of Defendant to respond by the above date will result in the Court **remanding** this action to state court.

IT IS SO ORDERED.

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |