Peter H. Klee, State Bar No. 111707
E-Mail: pklee@luce.com
Charles A. Danaher, State Bar No. 144604
E-Mail: cdanaher@luce.com
Theona Zhordania, State Bar No. 254428
E-Mail: tzhordania@luce.com
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.645.5375

JS-6

Attorneys for Defendant State Farm Mutual Automobile Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| ABRAAM KARADANYAN, LARISA NIKOGOSYAN, Plaintiffs, v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurer authorized to transact business in California, and DOES 1 to 150, inclusive, Defendants. | Case No. 2:11-cv-0733 JHN-CWx<br><br>Hon. Jacqueline Nguyen<br>Dept. 790 (Roybal)<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed: September 13, 2010 |
|---|---|

Based upon the stipulation of the parties, the case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: April 22, 2011

By: _____
The Honorable Jacqueline Nguyen
United States District Court Judge

101472338.1